1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,            )   Case No.: SACR 05-00144-DOC
                                          )
12              Plaintiff,                )   ORDER OF DETENTION PENDING
                                          )   FURTHER REVOCATION
13         v.                             )   PROCEEDINGS
     CEZAR PEREZ-GONZALEZ,                )   (FED. R. CRIM. P. 32.1(a)(6); 18
14                                        )   U.S.C. § 3143(a)(1))
                Defendant.                )
15   _____  )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the CENTRAL District of

18   CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)    information in the Pretrial Services Report and Recommendation

26             (X)    information in the violation petition and report(s)

27             (X)    the defendant's nonobjection to detention at this time

28             ( )    other: <u>Allegations of failing to report and absconding</u>

      and/ or

B. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    (X)    the defendant's nonobjection to detention at this time

    ( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    December 14, 2015

                                                      KENLY KIYA KATO
                                        United States Magistrate Judge